

FILED
DEC 26 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

United States District Court
Southern District of West Virginia

Troy T. Henry
___Plantiff___

vs.

D. Young (Warden),
P. Boulet (Asst. Warden),
staff known/unknown, ect.
___Defendant___

Motion for TRO/Injunction

Case No: __5:19-cv-00910__

I, Troy T. Henry, moves this Court for an order enjoining D. Young, P. Boulet, Mr. Koch and other known/unknown staff from denying me access to my legal mail or proper/adequate materials to address the Courts, while being detained at Beckley-Federal Correctional Inst, PO Box 350, Beaver WV 25813.

An injunction pending appeal of the following case no's: 5:17-cv-304-0c-36PRL in the Middle District of Florida and 3:17CV03-HEH in the Eastern District of Virginia should be imposed because:

1) I have been confined in the "SHU" (Segregated Housing Unit) since November 16th, 2019 and I have been blatantly denied my legal materials and adequate writing materials from the warden and his staff as of today's date, which is 12/20/19 and since 11/16/19.

2) I have been requesting my legal mail and adequate writing materials from the following staff, but at various times: D. Young (Warden), P. Boulet (asst. warden), Mr. Koch (unit counselor), Mrs. Ratcliff (case manager), Mr. Jones (Property SHU officer last quarter), Mr. Ball (current SHU officer at the filing of this motion) and other officer's unknown at this time.

3) On 11/20/19, P. Boulet (asst. Warden) performed what is termined, "A Walk-Through" (walking through the SHU area under the pretense of addressing issuse's with confined SHU inmates. At approximately 10:15 am, I stopped him and informed him that, "I was currently litigating two (2) case's in various Federal District Courts, I am a prose litigant, I needed adequate writing material and I need all of my legal

mail so that I could respond to the Summary Judgement Order within the mandated fourteen (14) day's by the District Court in Florida"! Case No: 5:17-cv-304-Oc-36PRL

Mr. Boulet then responded by saying, "I do not have legal or Constitutional Rights while housed in the SHU and that I needed to speak with my unit-team" while then walking away! I filed institutional grievances in regards to this as well, but I have yet to recieve a response.

4) I have also spoken with Warden Young about my legal mail, inadequate writing material, restricting writing paper to SHU inmates (2-3 sheets once a week), price gouging (selling SHU inmates a maximum of five envelopes for 0.25 and selling general population inmates fifty (50) envelopes for $1.60), and ceasing the sale of writing pen's on the commissary form when he know's his staff don't issue out writing utensil's in the SHU, however it has all fell on deaf ear's.

5) Exhibit-A: Is the SHU commissary form.

## Relief Sought

1) I humbly request the Court to order D. Young (warden), P. Boulet (asst. Warden) and their staff to issue me all of my legal mail and adequate writing supplies immediately.

2) I humbly beg the Courts to issue it's TRO restraining D. Young (warden), P. Boulet (asst. Warden) and their staff at Beckley-Federal Correctional Institution from denying, impeding, delaying or witholding any prisoners legal mail or adequate writing material indefinitely.

3) I humbly beg the Courts to issue it's TRO restraining D. Young (warden), P. Boulet (asst. Warden) and their staff from price gouging and sell paper, envelopes as well as legal envelopes at the exact same price to SHU inmate's as they do with general compound inmates.

4) I humbly beg the Courts to order D. Young or his designee to compose a letter with the FBOP official seal stating, "Troy T. Henry (Reg#57126-018) was unable to litigate properly or to reply to any of the Court ordered memorandums, due to the institutions ability to issue him his legal mail, ect in a timely manner.

5) Furthermore, I humbly beg the Courts to order D. Young (Warden), P. Boulet (asst. Warden) and their staff to refrane from any act's of retaliation or actions to bring me in harm's way.

I hereby certify that the forgoing is true and correct to the best of my knowledge.

_Troy A Henry_   Date: 12/20/19